## CROSS STATE LAND CO. v. PRUETT.

(Circuit Court of Appeals, Fifth Circuit. February 4, 1922.)

### No. 3769.

Appeal and error ☞849 (2)—Nothing reviewable in case tried without jury without written waiver, except sufficiency of defense.

    In a case submitted to the court without a jury and without any written stipulation waiving a jury, where no objection was taken to the sufficiency of the defense, nothing is presented for review.

In Error to the District Court of the United States for the Eastern District of Texas; W. Lee Estes, Judge.

Action by the Cross State Land Company against E. D. Pruett. Judgment for defendant, and plaintiff brings error. Affirmed.

C. A. Lord, of Beaumont, Tex., for plaintiff in error.
C. F. Stevens, of Houston, Tex., for defendant in error.

Before WALKER, BRYAN, and KING, Circuit Judges.

PER CURIAM. Plaintiff in error sued defendant in error in an action at law, and there was judgment for the latter.

The judgment recites that the case was submitted to the court without a jury. The assignments of error complain only of findings of fact

upon which the judgment was based. No objection was taken to the sufficiency of the defense set out in the answer. It does not appear that the waiver of a jury was by stipulation in writing.

The record presents no question for review by this court, for the reasons stated in the opinion this day filed in the case of John McWilliams Ford v. William L. Grimmett, 278 Fed. 140, and the judgment is affirmed.